PEOPLE ex rel. GOLDBERG v. BUTLER, Com'r. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Proceeding by the people of the state of New York, on the

relation of Abraham H. Goldberg, against Edmond J. Butler, commissioner, etc. C. W. Francis, for relator. W. E. Crowell, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.